JAMES A. WOODWARD et al., Copartners under the Firm Name of MOYSE & HOLMES, Appellants, *v.* ABE SCHIFF, Respondent.

(Argued March 9, 1933; decided April 11, 1933.) ·

*B. F. Norris* and *Frank R. Pitt* for appellants.

*David J. Colton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.